# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **JAMECIA A. THOMAS,** | : | |
| | : | **CIVIL ACTION FILE** |
| Plaintiff, | : | **NO. 1:15-cv-01896-ELR** |
| | : | |
| v. | : | |
| | : | |
| **ASTRO BAIL BONDING, INC.,** | : | |
| **ATLANTA DUI ACADEMY, INC.,** | : | |
| **CATHY LYNN WARD, AND** | : | |
| **FREDERICK T. SANDERS II,** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW JAMECIA THOMAS, and pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby voluntarily dismisses her Complaint in the above-styled civil action with prejudice.

This 14th day of August, 2015.

                                                Respectfully submitted,

                                                */s/ Dean R. Fuchs*
                                                DEAN R. FUCHS
                                                Georgia Bar No. 279170
                                                drf@swtlaw.com
                                                Counsel for Plaintiff

Schulten, Ward & Turner, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, GA 30303
(404) 688-6800
(404) 688-6840